UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MABEL LOPEZ, individually and on
behalf of others similarly situated

        Plaintiff,

v.                        Case No:  2:15-cv-303-FtM-38MRM

MIKE SCOTT,

        Defendant.

_____/

**ORDER[1]**

    This matter comes before the Court on Defendant Mike Scott's Motion to Dismiss Complaint (Doc. #8) filed on June 17, 2015.  Instead of responding to the instant Motion, Plaintiff Mabel Lopez filed an Amended Complaint on July 6, 2015, rendering the instant Motion moot.  (Doc. #17).  Consequently, the Court need not take any further action.

    Accordingly, it is now **ORDERED:**

    Defendant Mike Scott's Motion to Dismiss Complaint (Doc. #8) is **DENIED as moot**.

    **DONE** and **ORDERED** in Fort Myers, Florida, this 9th day of July, 2015.

*Sheri Polster Chappell*

**SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE**

Copies:  All Parties of Record

_____

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.