UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MABEL LOPEZ, individually and on
behalf of others similarly situated

        Plaintiff,

v.                                      Case No:   2:15-cv-303-FtM-38MRM

MIKE SCOTT,

        Defendant.
_____/

### ORDER[1]

This matter comes before the Court on consideration of United States Magistrate Judge Mac. R. McCoy's Report and Recommendation (Doc. #67) filed on June 16, 2016. Judge McCoy recommends denying Defendant's Motion to Strike Plaintiff's Class Action Allegations (Doc. #52); granting Defendant's Motion to Strike Notices of Consent to Joinder (Doc. #52); striking the Notices of Consent to Join (Docs. #33, 34, 36, 37, 38, 39, 40, 41, 44, 45, 46, 47, and 49); granting Plaintiff's Motion to Excuse Missed Deadline (Doc. #63); and accepting Plaintiff's Motion for Conditional Class Certification and to Permit Notification Be Sent to Putative Class Members (Doc. #54) as timely filed. No objections were filed, and the time to do so has now expired.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district judge must review legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #67) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. Defendant's Motion to Strike Plaintiff's Class Action Allegations (Doc. #52) is **DENIED**.

3. Defendant's Motion to Strike Notices of Consent to Joinder (Doc. #52) is **GRANTED**.

4. The Clerk shall **STRIKE** the Notices of Consent to Join (Docs. #33, 34, 36, 37, 38, 39, 40, 41, 44, 45, 46, 47, and 49).

5. Plaintiff's Motion to Excuse Missed Deadline (Doc. #63) is **GRANTED**.

6. Plaintiff's Motion for Conditional Class Certification and to Permit Notification Be Sent to Putative Class Members (Doc. #54) is accepted as timely filed.

**DONE** and **ORDERED** in Fort Myers, Florida, this 1st day of July, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record